IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL F. SIKORA, | } |
| Plaintiff, | } |
| vs. | } Civil Action No. 12-1860 |
| | } Judge Hornak |
| UPMC a/k/a UPMC HEALTH SYSTEM and the UPMC HEALTH SYSTEM and AFFILIATES NON-QUALIFIED SUPPLEMENTAL BENEFIT PLAN, | } |
| Defendants. | } |

**MOTION OF DEFENDANTS FOR PARTIAL SUMMARY JUDGMENT**

Defendants move pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor and against the plaintiff on the issue of whether the defendant Plan is a plan that is unfunded and maintained primarily for the purpose of providing deferred compensation to a select group of management or highly compensated employees, also known as a top hat plan. Defendants submit that there are no disputed issues of material fact and that the evidence discloses that they are entitled to summary judgment on the issue presented as a matter of law.

WHEREFORE, defendants pray that their motion be granted and that an Order be filed declaring that the defendant plan is a top hat plan.

Respectfully submitted,

    s/John J. Myers
John J. Myers
Pa. ID 23596
Eckert Seamans Cherin & Mellott LLC
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
412-566-5900
jmyers@eckertseamans.com